Robert CALIA; Carlos Sardinas; Michael Tutorino; Charles Wheat; Billy Williams; Early Reynolds; Ross Distefano; Jonny Trotter; Walter Kidwell; Randall Dunkin; Clice Hall; James McGuire; Jeffrey D. Hodges; Randolph Linville, Plaintiffs,

Shelby Harris, Interested Party,

Stanley Paul Smith, Appellant,

Dan Brown; Thomas A. Benton; Andre Dial; Richard C. Beaman; Chester Paul Bridges; Christopher W. Pace, Interested Parties,

Rolf A. Rosendahl; Bobby Dean Lewis; Richard F. Toler; Donald Glenn Cammann; Willie Wright, Interested Parties,

Francis Kamuf; Michael Peterson; James K. Kinne; Johnny D. Howard; Karl G. Piper; Shawn Dinwiddie, Interested Parties,

v.

Dora SCHRIRO; Mike Kemna; George Lombardi; Linda Durham; Bill Burgess; Bill Armontrout; Steve Moore, Appellees.

Robert Calia; Carlos Sardinas; Michael Tutorino; Charles Wheat; Billy Williams; Early Reynolds; Ross Distefano; Jonny Trotter; Walter Kidwell; Randall Dunkin; Clice Hall; James McGuire; Jeffrey D. Hodges; Randolph Linville, Plaintiffs,

Shelby Harris; Stanley Paul Smith, Interested Parties,

Dan Brown; Thomas A. Benton; Andre Dial; Richard C. Beaman; Chester Paul Bridges; Christopher W. Pace, Appellants,

---

Rolf A. Rosendahl; Bobby Dean Lewis; Richard F. Toler; Donald Glenn Cammann; Willie Wright; Francis Kamuf; Michael Peterson; James K. Kinne; Johnny D. Howard; Karl G. Piper; Shawn Dinwiddie, Interested Parties,

v.

Dora Schriro; Mike Kemna; George Lombardi; Linda Durham; Bill Burgess; Bill Armontrout; Steve Moore, Appellees.

Robert Calia; Carlos Sardinas; Michael Tutorino; Charles Wheat; Billy Williams; Early Reynolds; Ross Distefano; Jonny Trotter; Walter Kidwell; Randall Dunkin; Clice Hall; James McGuire; Jeffrey D. Hodges; Randolph Linville, Plaintiffs,

Shelby Harris; Stanley Paul Smith; Dan Brown; Thomas A. Benton; Andre Dial; Richard C. Beaman; Chester Paul Bridges; Christopher W. Pace; Rolf A. Rosendahl; Bobby Dean Lewis; Richard F. Toler; Donald Glenn Cammann; Willie Wright, Interested Parties,

Francis Kamuf, Appellant,

Michael Peterson; James K. Kinne; Johnny D. Howard; Karl G. Piper; Shawn Dinwiddie, Interested Parties,

v.

Dora Schriro; Mike Kemna; George Lombardi; Linda Durham; Bill Burgess; Bill Armontrout; Steve Moore, Appellees.

Robert Calia; Carlos Sardinas; Michael Tutorino; Charles Wheat; Billy Williams; Early Reynolds; Ross Distefano; Jonny Trotter; Walter Kidwell; Randall Dunkin; Clice Hall; James McGuire; Jeffrey D. Hodges; Randolph Linville, Plaintiffs,

Shelby Harris; Stanley Paul Smith, Dan Brown; Thomas A. Benton; Andre Dial, Interested Parties,

Richard C. Beaman, Appellant,

Chester Paul Bridges; Christopher W. Pace; Rolf A. Rosendahl; Bobby Dean Lewis; Richard F. Toler; Donald Glenn Cammann; Willie Wright; Francis Kamuf, Interested Parties,

Michael Peterson; James K. Kinne; Johnny D. Howard; Karl G. Piper; Shawn Dinwiddie, Appellants,

v.

Dora Schriro; Mike Kemna; George Lombardi; Linda Durham; Bill Burgess; Bill Armontrout; Steve Moore, Appellees.

Robert Calia, Appellant,

Carlos Sardinas; Michael Tutorino, Plaintiffs,

Charles Wheat, Appellant,

Billy Williams; Early Reynolds; Ross Distefano; Jonny Trotter; Walter Kidwell; Randall Dunkin; Clice Hall; James McGuire; Jeffrey D. Hodges; Randolph Linville, Plaintiffs,

Shelby Harris; Stanley Paul Smith; Dan Brown; Thomas A. Benton; Andre Dial; Richard C. Beaman; Chester Paul Bridges; Christopher W. Pace; Rolf A. Rosendahl; Bobby Dean Lewis; Richard F. Toler; Donald Glenn Cammann; Willie Wright; Francis Kamuf; Michael Peterson; James K. Kinne; Johnny D. Howard; Karl G. Piper; Shawn Dinwiddie, Interested Parties,

v.

**Dora Schriro; Mike Kemna; George Lombardi; Linda Durham; Bill Burgess; Bill Armontrout; Steve Moore, Appellees.**

No. 00–2492, 00–2496, 00–2499, 00–2501, 00–2936.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 7, 2001.

Filed Feb. 16, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

These consolidated appeals stem from a class action proceeding for injunctive relief related to problems created by overcrowding at Western Missouri Correctional Center. The inmates appeal the order of the District Court[1] granting summary judgment to the prison officials. We grant the pending motions to appeal in forma pauperis, and deny the pending motions for appointment of counsel.

Applying the same legal standards as the District Court, we review the grant of summary judgment de novo. *Dulany v. Carnahan*, 132 F.3d 1234, 1237 (8th Cir. 1997). After carefully reviewing the record and governing precedent, we conclude that the inmates failed to raise sufficient material facts to defeat summary judgment on their claims. *See* Fed.R.Civ.P. 56(c). Accordingly, we affirm the judgment of the District Court. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.